IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOU YONG YEE XIONG,

    Petitioner,

  v.

THE STATE OF WISCONSIN,

    Respondent.

Case No. 20-cv-448-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Tou Yong Yee Xiong's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 8/19/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |